## STATEMENT OF OFFENSE

On August 16, 2025, at approximately 2:38 PM, members of the United States Park Police and United States Marshals Service were patrolling the 2300 Block of Savannah Street SE when they observed a black Nissan Rogue bearing Virginia Tag TCG5470 traveling in excess of the posted speed limit. The vehicle was also heavily tinted such that law enforcement could not determine the number of occupants of the vehicle at the time. Law enforcement conducted a query of the tag, which revealed that the tag belonged to an Infiniti vehicle. As law enforcement attempted to initiate a traffic stop by activating their lights and sirens, the vehicle accelerated rapidly, nearly striking another vehicle and driving up onto the curb in an attempt to flee. Law enforcement pursued the vehicle and broadcasted its location.

At/near the 1800 Block of 27th Street SE, the operator lost control of the vehicle, causing it to strike a tree on the left (*i.e.*, opposite) side of the roadway, before sliding back to the right side of the roadway and colliding with a guardrail. The driver, later identified as Amarion LANGSTON (DOB ********), exited the vehicle and attempted to flee on foot into the woods. No other occupants exited the vehicle at the time. Law enforcement pursued LANGSTON on foot and issued verbal commands to stop, but LANGSTON continued to flee. Shortly thereafter, law enforcement was able to catch up to LANGSTON and detain him. Law enforcement then identified the other occupants of the vehicle: Tyrese (a/k/a Tyresa) THOMAS in the front-passenger seat and a young minor male in the back seat. Below is a photograph of the resting location of the crashed vehicle and the level that the windows had been down at the time.



Law enforcement canvassed the area and located a Glock magazine, which was capable of holding ten rounds, in the roadway near the initial crash site of the vehicle. Notably, the magazine baseplate and magazine spring were dislodged, and ammunition was laying on the ground next to the magazine. In all, law enforcement located eight rounds of .45 caliber

ammunition. Even though the magazine was in the roadway near the crashed vehicle, the magazine did not have any damage indicating that it had been run over or crushed by a vehicle. This condition suggested that the magazine had been discarded recently.



Law enforcement then located a black .45 caliber Glock 21 handgun bearing serial number CBYC221 on the side of the roadway near the location at which the vehicle had struck the tree. The handgun was loaded with one round in the chamber; it did not contain a magazine. Law enforcement observed what appeared to be a fresh imprint in the ground in which the handgun was laying and fresh mud on its barrel. The handgun did not appear to be weathered or rusted, indicating that it had not been exposed to the elements for a significant period of time. Below is a photograph of the location at which the handgun was recovered, followed by a photograph of the handgun after it had been recovered.





Law enforcement confirmed that the recovered magazine was compatible with the recovered

handgun.  Below is a photograph of the magazine and the rounds that were recovered from the roadway.



There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the recovered handgun and ammunition described above necessarily traveled in interstate commerce before it was recovered in the District of Columbia.

After LANGSTON was detained and placed in handcuffs, law enforcement interviewed THOMAS.  THOMAS initially stated that she had no knowledge about a firearm, but she later admitted that the Glock handgun belonged to her, though she had not been carrying it.  Upon further investigation the Glock handgun had been registered to THOMAS, but her registration and license to carry a pistol in the District of Columbia had been revoked in September 2024. Law enforcement confirmed that LANGSTON had neither a driver's license nor a license to carry a pistol in the District of Columbia.

At the time of this offense, LANGSTON had been previously convicted of a crime punishable by a term of incarceration greater than one year.  More specifically, on April 21, 2023, LANGSTON was convicted of Attempted Robbery, Attempted Kidnapping, and Carrying

a Pistol Without a License in D.C. Superior Case No. 2022 CF3 004345.  For the Attempted Robbery conviction, LANGSTON was sentenced to 24 months of incarceration, with 3 years of supervised release.

As such, your affiant submits that probable cause exists to charge Amarion LANGSTON (DOB ********) with a violation of 18 U.S.C. § 922(g)(1), which makes it a crime for a convicted felon to possess a firearm and ammunition.

Respectfully submitted,

Kevin Brennan
Badge #0089
United States Park Police

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 18, 2025.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE